## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**LENDELL EARL HILLHOUSE, SR., d/b/a**
**NICK LYNN TECHNOLOGIES, INC.**                                    **PLAINTIFF**

v.                                        No. 3:12-cv-97-DPM

**UNITED STATES DEPARTMENT**
**OF TREASURY, *et al.***                                        **DEFENDANTS**

### ORDER

For the reasons stated in today's memorandum opinion, this *in forma pauperis action* is dismissed.   28 U.S.C. § 1915(e)(2)(B)(ii).   The Court's screening work was aided tremendously by the good briefing on the dismissal motions. Motions to dismiss, *Document Nos. 19, 36, 39, 42, 47, 54, 58, 68, 74, 85 & 139*, denied as moot.   Motion to intervene, *Document No. 115*, denied as moot. Motion to strike and motions for default judgment, *Document Nos. 88 & 123*, denied as moot. The dueling motions for sanctions, *Document Nos. 131, 134 & 137*, are denied.   Motion to extend time for service, *Document No. 126*, denied as moot.   To the extent Hillhouse requests other relief, all relief is denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 September 2012