IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LENDELL EARL HILLHOUSE, SR., d/b/a
NICK LYNN TECHNOLOGIES, INC.                                      PLAINTIFF

v.                             No. 3:12-cv-97-DPM

UNITED STATES DEPARTMENT
OF TREASURY, et al.                                                DEFENDANTS

ORDER

For the reasons stated in today's memorandum opinion, this *in forma pauperis action* is dismissed. 28 U.S.C. § 1915(e)(2)(B)(ii). The Court's screening work was aided tremendously by the good briefing on the dismissal motions. Motions to dismiss, *Document Nos. 19, 36, 39, 42, 47, 54, 58, 68, 74, 85 & 139*, denied as moot. Motion to intervene, *Document No. 115*, denied as moot. Motion to strike and motions for default judgment, *Document Nos. 88 & 123*, denied as moot. The dueling motions for sanctions, *Document Nos. 131, 134 & 137*, are denied. Motion to extend time for service, *Document No. 126*, denied as moot. To the extent Hillhouse requests other relief, all relief is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 September 2012