IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LENDELL EARL HILLHOUSE, SR., d/b/a
NICK LYNN TECHNOLOGIES, INC.                              PLAINTIFF

v.                      No. 3:12-cv-97-DPM

UNITED STATES DEPARTMENT
OF TREASURY, *et al.*                                     DEFENDANTS

## JUDGMENT

Hillhouse's claims for copyright infringement are dismissed without prejudice for lack of standing. His malicious-prosecution claim and RICO claim are dismissed without prejudice. His defamation claims and constitutional claims and all claims for monetary relief against Heath Abshure and Theodore Holder are dismissed with prejudice. The Court abstains from considering nonmonetary relief that would affect the pending state-court lawsuit. The Court rejects all Hillhouse's claims for relief of any kind as a matter of law. His complaint is dismissed. An *in forma pauperis* appeal from this Judgment, the memorandum opinion, or the implementing Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 September 2012