IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LENDELL EARL HILLHOUSE, SR., d/b/a
NICK LYNN TECHNOLOGIES, INC.                                   PLAINTIFF

v.                         No. 3:12-cv-97-DPM

UNITED STATES DEPARTMENT
OF TREASURY, *et al.*                                          DEFENDANTS

## ORDER

None of Hillhouse's post-judgment motions has any merit. They, *Document No. 145*, are all denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 October 2012