### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**LENDELL EARL HILLHOUSE, SR., d/b/a**
**NICK LYNN TECHNOLOGIES, INC.**                    **PLAINTIFF**

**v.**                         **No. 3:12-cv-97-DPM**

**UNITED STATES DEPARTMENT**
**OF TREASURY,** *et al.*                        **DEFENDANTS**

### ORDER

None of Hillhouse's post-judgment motions has any merit. They,

*Document No. 145*, are all denied.

So Ordered.

_DPMarshall Jr._____
D.P. Marshall Jr.
United States District Judge

_ 15 October 2012 ____